GEORGE F. WRIGHT and Others, Respondents, v. WILLIAM L. BRADLEY, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion, with leave to plead over.

ANTHONY AYRANDJIAN, Respondent, v. JULIUS MULLER, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, the motion denied and the verdict reinstated. The record presents no substantial error and the determination of the jury as to the credibility of the witnesses should not have been disturbed. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES H. KINCH, Appellant, v. CANADIAN BANK OF COMMERCE, Respondent. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEONA O'GRADY and CORNELIUS E. O'GRADY, Respondents, v. THEODORE GALLUCCI and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KRASNER, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence failed to satisfy the requirements of section 395 of the Code of Criminal Procedure. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BESSIE E. FRIEDMAN and CELIA MAYER, as Executrices, etc., of BARNET SOLINGER, Deceased, Respondents, v. ISAAC SOLINGER, Appellant, Impleaded with Another, Defendant.— While the claim involved is of doubtful merit, the defense of the Statute of Limitations cannot be sustained on motion as there is conflict of fact as to when the demand for the return of the money was made. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BARRERAS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA CASTELLANO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MICHAEL CALIFANO, Appellant, v. CITIZENS INSURANCE COMPANY OF NEW JERSEY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [163 Misc. 542.]